



# MEMORANDUM OPINION

No. 04-09-00326-CR

Humberto **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 11,456
Honorable Carl Pendergrass, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice

Delivered and Filed: December 9, 2009

DISMISSED

On November 24, 2009, appellant filed a motion to dismiss. The motion is **GRANTED**, and the appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH